UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-01097-DOC-ADS | Date | June 30, 2023 |
|---|---|---|---|
| Title | Brandon Mincey v. One Nevada Credit Union | | |

Present: The Honorable    DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

   The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [10], hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

   Any pending Order to Show Cause is hereby discharged.

   .

                                                                                               -____ : -____

                                                Initials of Deputy Clerk    kdu